UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES G. MARLOW,<br><br>　　Petitioner,<br><br>　　v.<br><br>ROBERT K. WONG, Warden,<br>California State Prison at San Quentin,<br><br>　　Respondent. | CASE NO. CV 05-6477 ABC<br><br>**DEATH PENALTY CASE**<br><br>ORDER TO SHOW CAUSE WHY STAY SHOULD NOT BE LIFTED |

　　On April 30, 2009, the Court stayed these proceedings while petitioner exhausted claims in state court. Order Granting Stay of Federal Habeas Action (filed April 30, 2009). Three months have passed since the Court stayed this matter, and petitioner has not filed an exhaustion petition in state court. Petitioner is ordered to show cause why the stay should not be lifted. Petitioner shall file a response to the order to show cause on or before August 17, 2009.

　　IT IS SO ORDERED.

　　Dated: July 27, 2009.

*Audrey B. Collins*

　　　　　　AUDREY B. COLLINS
　　　　　　UNITED STATES DISTRICT JUDGE