UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES G. MARLOW,<br><br>    Petitioner,<br><br>    v.<br><br>CHANCE ANDES, Acting Warden of California State Prison at San Quentin,<br><br>    Respondent. | CASE NO. CV 05-6477 AB<br><br>**<u>DEATH PENALTY CASE</u>**<br><br>JUDGMENT |

IT IS HEREBY ORDERED that Petitioner James G. Marlow's petition for writ of habeas corpus be CONDITIONALLY GRANTED and that the sentence of death in the matter of *People v. James Gregory Marlow*, Case No. SCR-45400 of the Superior Court, San Bernardino County, shall be VACATED.

IT IS FURTHER ORDERED that the State of California shall, within 120 days from the entry of this Judgment, either grant Petitioner a new penalty trial or vacate the death sentence and resentence Petitioner in accordance with California law and the United States Constitution.

//
//
//

1    IT IS FURTHER ORDERED that the Clerk of this Court shall immediately notify the Warden of San Quentin Prison of this Court's judgment.

**IT IS SO ORDERED.**

Dated: September 4, 2025.

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE